■ MARK STORCH et al., Individually and as Parents and Guardians of JENNY STORCH, an Infant, Appellants, v SYRACUSE UNIVERSITY et al., Respondents, et al., Defendant. [650 NYS2d 1016] —Appeal from an order of the Supreme Court (Carpinello, J.), entered July 3, 1995 in Ulster County, which granted a motion by defendants Syracuse University and Douglas Biklen for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Anthony J. Carpinello.

Mikoll, J. P., Crew III, White, Casey and Yesawich Jr., JJ., concur. Ordered that the order is affirmed, with costs. [*See,* 165 Misc 2d 621.]